JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROMO AGUILAR,<br><br>            Petitioner,<br><br>       v.<br><br>L.S. McEWEN, Warden,<br><br>            Respondent. | Case No. ED CV 11-1203-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _____2/19/13_____  *Dale S. Fischer*

                                          _____
                                          HONORABLE DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE